UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
THE PAVERS AND ROAD BUILDERS DISTRICT
COUNCIL WELFARE FUND, PENSION FUND,
ANNUITY FUND, APPRENTICESHIP, SKILL
IMPROVEMENT AND SAFETY FUND, *et al.*,

                 Plaintiffs,

-against-

J. PIZZIRUSSO LANDSCAPING CORP., D. GANGI
CONTRACTING CORP., and D. GANGI
CONTRACTING/ J. PIZZIRUSSO LANDSCAPING J.V.,

                 Defendants.
-----------------------------------------------------------X

Civil Case No. 14 Civ. 4186 (MDG)

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, dismissed with prejudice pursuant to F.R.C.P. 41(a)(1)(A)(ii), without costs or disbursements to any party as against any other.

This Stipulation may be filed with the Clerk of the Court without further notice to any party. This Stipulation may be completed in counterparts; a facsimile, pdf, or other electronic copy may be filed with the same force and effect as that of an original.

Dated: June 6, 2018

GORLICK, KRAVITZ & LISTHAUS, P.C.

By: _____
Joy K. Mele
17 State Street, 4th Floor
New York, New York 10004
(212) 269-2500
*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: _____
Lyle S. Zuckerman
Michael J. Goettig
1251 Sixth Avenue, 21st Floor
New York, New York 10020
(212) 603-6452
*Attorneys for Defendants
J. Pizzirusso Landscaping Corp. and
D. Gangi Contracting/J. Pizzirusso
Landscaping J.V.*

KAUFF MCGUIRE & MARGOLIS LLP

By: _____
J. Patrick Butler
950 Third Avenue, 14th Floor
New York, New York 10022
(212) 644-1010
*Attorneys for Defendant
D. Gangi Contracting Corp.*

Dated:   June 7, 2018

So Ordered:   /s/
_____
Hon. Marilyn D. Go
U.S.M.J.